UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCELIO JOSEPH REYBOL,<br><br>        Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP,<br><br>        Defendant. | Case No. 25-cv-00803-AGT<br><br>**SCREENING ORDER** |

      Having granted Arcelio Joseph Reybol's application to proceed *in forma pauperis* (dkt. 5), the undersigned now screens his complaint under 28 U.S.C. § 1915(e)(2)(B) and concludes that the complaint is deficient for the reasons identified below.

\* \* \*

      Reybol appears to challenge a recent executive order issued by President Donald J. Trump. *See, e.g.*, Dkt. 1 at 4 (referencing "Executive Order Ai Infrastructur [sic] $500 Billion"); *cf.* Exec. Order No. 14141, Advancing United States Leadership in Artificial Intelligence Infrastructure, 90 Fed. Reg. 5469 (Jan. 14, 2025). Reybol, however, never articulates what is unlawful about the executive order. Instead, several times, he cites a state criminal case in which he was a defendant. *See* Dkt. 1 at 4, 6, 8 (citing *California v. Reybol*, No. 18-CR-007136 (Cal. Sup. Ct.)). He also mixes in several seemingly indiscriminate statements. *See id.* at 5 ("[A]ccording to ABC 7[,] . . . Oakland, California is Bankrupt."); *id.* ("USD – MEX = 20. -- according to Bloomberg News"); *id.* ("President Joe Biden PG&E $15

Billion"). The Court cannot discern how this information is relevant.

To successfully challenge an executive order, Reybol must identify how the order is unconstitutional or exceeds statutory authority. *See Nebraska v. Su*, 121 F.4th 1, 17 (9th Cir. 2024) (statutory challenge); *Washington v. Trump*, 847 F.3d 1151, 1164 (9th Cir. 2017) (constitutional challenge). He must also demonstrate that he has standing to sue: that he "has suffered a concrete and particularized injury that is either actual or imminent, that the injury is fairly traceable to the [executive order], and that it is likely that a favorable decision will redress that injury." *Washington*, 847 F.3d at 1159 (quoting *Massachusetts v. EPA*, 549 U.S. 497, 517 (2007)). Reybol hasn't satisfied these requirements.

By February 26, 2025, Reybol may file an amended complaint. If he doesn't do so or his amended complaint fails to state a claim for relief, the undersigned will recommend that a district judge dismiss his case.

**IT IS SO ORDERED.**

Dated: February 5, 2025

Alex G. Tse
United States Magistrate Judge